Rev. 10/31/07

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

Courtroom Minute Sheet – Criminal Case

Date __April 24, 2012_____    Judge __Frederick R. Buckles____    Case No. __4:10-CR-00149 CEJ____

**UNITED STATES OF AMERICA v. RYAN HAMILTON_____**

Court Reporter _____FTR Gold_____ Deputy Clerk _____M. Crayton_____

Assistant United States Attorney __Stephen Casey_____
Attorney for Defendant Felicia Jones _____

Probation Officer: __Darren Kennemer_____ ☐ **SEALED PROCEEDING**

**Proceedings:**

| | | |
|---|---|---|
| ☐ Initial Appearance | ✖ Detention Hearing | ✖ Preliminary Revocation |
| ☐ Arraignment | ☐ Bond Review | ☐ Probation |
| ☐ Preliminary Examination | ☐ Bond Execution/Appearance Bond | ✖ Supervised Release |
| ☐ Motion Hearing | ☐ In Court Hrg **(WAIVER OF MOTIONS)** ☐ Competency | |
| ☐ Evidentiary Hearing | ☐ Change of Plea/Sentencing | ☐ Pretrial/Status Conference |
| ☐ Oral Argument/Non Evidentiary Hearing | ☐ Rule 5(c)(3)Removal (Identity) | ☐ Material Witness |

Parties present for hearing on _.**Preliminary Supervised Release Revocation**.._ Defendant waives his right to the Preliminary
Supervised Release Revocation Hearing and executes a written waiver of rights form.._ The Court orders that the defendant be
held to answer before the District Court for further proceedings. **Detention Hearing.** The Court orders that the defendant be
detained in custody pending the April 27, 2012 Final Supervised Release Revocation Hearing before Judge Carol E. Jackson.

☐ Oral Motion for appointment of counsel (GRANTED)   ☐ Defendant is advised of rights/indicates understanding of those rights.

☐ Bail/Bond set in the amount of: $_____    ☐ Secured Appearance Bond  ☐ Secured by 10%

    ☐ Secured by cash **only**   ☐ Secured by property   ☐ Unsecured bond   ☐ O/R bond

☐ Government filed motion for pretrial detention. Detention hearing scheduled for _____ @ _____

☐ Preliminary examination set for _____ @ _____

☐ Defendant arraigned   ☐ Waives reading of indictment/information   ☐ Matter taken under advisement

☐ Plea entered _____   Order on pretrial motions:   ☐ issued   ☐ to issue

    ☐ Oral Motion for Suppression   ☐ Oral Motion for Extension of Time to File Pretrial Motions

☐ Defendant waives _____   ☐ order to issue   ☐ oral ruling

☐ Defendant waives evidentiary hearing   ☐ By leave of court withdraws all pretrial motions

Trial date/time _____ Before _____

    ✖ Remanded to custody   ☐ Released on bond

Next hearing date/time **April 27, 2012 at 11:00 am** Type of hearing **Final Supervised Release Revocation** Before __Judge Carol E. Jackson____

Proceeding commenced __1:04 pm_____   Proceeding concluded __1:08 pm_____   Continued to _____

☐ Based upon the evidence produced, the Court finds probable cause to believe the defendant violated the law set out in the
criminal complaint.
☐ Based upon the evidence produced, the Court finds probable cause to believe the defendant violated the conditions of release as set
out in the petition.